Díaz v. Carrel, Secretary of Porto Rico.

Petition for a writ of *mandamus*.

No. 139.—Decided October 12, 1911.

Mandamus—Specific Act Defendant is Bound to Perform—Special Reason for Making Application to Supreme Court.—In the case at bar this court denied the petition for a writ of *mandamus* for the reason that it did not mention any specific act which the respondent is under obligation to perform, and because the petition does not set forth any special reason why this court should act originally in the case.

*Mr. Herminio Díaz Navarro* for petitioner.

#### DECISION.

The sworn petition does not set forth any specific act which the Secretary of Porto Rico is under obligation to perform, nor does it state any special reason why this court should act originally in this case.

In view of the Act establishing the writ of *mandamus*, approved March 12, 1903, and the decisions rendered by this court in *The Property Owners' League* v. *The City of San Juan* (14 P. R. R., 85), *Palmer* v. *Guerra* (9 P. R. R., 499), *Negrón et al.* v. *Supervisor of Elections* (11 P. R. R., 352), the writ of *mandamus* requested is denied.

*Petition denied.*

Chief Justice Hernández and Justices MacLeary, Wolf, del Toro and Aldrey concurred.